UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANKIE D. ADAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12394-IT |
| | * | |
| EASTERN FISHERIES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 7, 2015

TALWANI, D.J.

Before the court is <u>Plaintiff's Motion *in Limine* to Preclude the Defendants from Calling Peter Anthony as a Witness at Trial</u> [#87]. Plaintiff seeks to exclude Peter Anthony from testifying in support of Defendants' case-in-chief on the ground that he was not timely disclosed as a potential witness as required by Fed. R. Civ. P. 26(a)(1)(A)(i). Defendants oppose this motion on the ground that their late disclosure of Peter Anthony was reasonably justified. Defendants argue that, before Plaintiff's deposition of Roy Enoksen on September 25, 2015, they did not understand that Plaintiff's theory of the case involved an argument that all captain positions in the fleet were open until December of each year, when they were filled at a yearly captains' meeting. Defendants note that, because the scheduling order in this case did not allow written discovery, they were unable to seek clarification of Plaintiff's theory of the case through an interrogatory.

At oral argument on April 17, 2015 (and again by written order on April 20, 2015), the court gave Defendants until April 24, 2015, to identify with specificity the topics that Peter Anthony would testify to that Defendants did not recognize were relevant until after the deadline

for witness disclosures had passed.  To date, Defendants have not filed any such topics with the court.  Accordingly, <u>Plaintiff's Motion *in Limine* to Preclude the Defendants from Calling Peter Anthony as a Witness at Trial</u> [#87] is ALLOWED.

    IT IS SO ORDERED.

May 7, 2015                                                                                          /s/ Indira Talwani
                                                                                               United States District Judge