UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANKIE D. ADAMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 12-cv-12394-IT |
| EASTERN FISHERIES, INC., et al., | * | |
| Defendants. | * | |

ORDER

June 4, 2015

TALWANI, D.J.

In light of the court's rulings on the parties' motions *in limine*, the parties are directed to file a joint statement by no later than June 17, 2015, which indicates:

1. An updated estimate of the probable length of trial (based on a 9:00 a.m. - 1:00 p.m. trial schedule); and

2. For each party, whether the party withdraws any objections to the opposing party's proposed exhibits or witness list.  See Joint List Exhibits [#100]; Defs.' Objections Pl.'s Proposed Trial Witnesses [#112]; Pl.'s Objections Defs.' Witness List [#114].

IT IS SO ORDERED.

       /s/ Indira Talwani
       United States District Judge