# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FRANKIE D. ADAMS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12394-IT |
| | * | |
| **EASTERN FISHERIES, INC. et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## JUDGMENT ON A JURY VERDICT

July 14, 2015

This action was tried by a jury with Judge Indira Talwani presiding and the jury rendered a verdict on July 9, 2015. It is ordered that Plaintiff Frankie D. Adams recover nothing, the action be dismissed, and judgment enter; judgment in favor of Defendants Eastern Fisheries, Inc.; Nordic Fisheries, Inc.; and O'Hara Corp.

 /s/ Gail A. MacDonald Marchione
Courtroom Deputy Clerk