UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKIE D. ADAMS,<br><br>        Plaintiff,<br><br>v.<br><br>EASTERN FISHERIES, INC.,<br>ROY ENOKSEN, O'HARA CORP.,<br>AND NORDIC FISHERIES, INC.<br><br>        Defendants. | CIVIL ACTION NO:  12-12394-IT |

**STIPULATION OF DISMISSAL**

Now come the parties in the above captioned matter and pursuant to Fed .R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of the above captioned civil action with prejudice and without costs to any party. All rights of appeal are hereby waived.

                                          Respectfully submitted,
                                          Frankie D. Adams, Plaintiff,
                                          By his attorney,

                                          /s/ David F. Anderson
                                          David F. Anderson, BBO # 560994
                                          Latti & Anderson LLP
                                          30-31 Union Wharf
                                          Boston, MA 02109
                                          (617) 523-1000
Dated: July 21, 2016                  danderson@lattianderson.com

1

        Respectfully submitted
        on behalf of all Defendants
        by their attorneys,


        /s/ Jamie L. Kessler
        CharCretia V. Di Bartolo, BBO #560051
        Jamie L. Kessler, BBO #681867
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston MA 02109-5709
        (617) 213-7000
        jkessler@hinshawlaw.com
        cdibartolo@hinshawlaw.com


Dated: July 21, 2016


## CERTIFICATE OF SERVICE

    I, Jamie L. Kessler, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2016.

        /s/ Jamie L. Kessler
        Jamie L. Kessler

2